UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL ACTION NO. 6:11-CR-65-ART

UNITED STATES OF AMERICA                                                          PLAINTIFF

V.                         RESPONSE IN OPPOSITION TO
                           DEFENDANT'S MOTION TO SUPPRESS

ROBERT DALE LEE                                                                   DEFENDANT

\* \* \* \* \*

The United States, by counsel, opposes the motion to suppress. The Defendant does not articulate the basis for the motion to suppress, but moves for an evidentiary hearing. The United States does not oppose having an evidentiary hearing, and will have the case agent and the two Kentucky State Police troopers who participated in the stop present at the hearing. The United States intends to elicit testimony concerning all aspects of the stop that led to the seizure of marijuana from the Defendant. Following the hearing, the Defendant can then specify the basis to suppress and the United States will respond accordingly.

                                                Respectfully submitted,

                                                KERRY B. HARVEY
                                                UNITED STATES ATTORNEY

                    By:    s/ Jason D. Parman
                            Jason D. Parman

                                    Assistant United States Attorney
                                    601 Meyers Baker Road, Suite 200
                                    London, Kentucky 40744
                                    (606) 864-5523, Extension 117
                                    FAX (606) 864-3590
                                    Jason.Parman@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 2, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System which will send notice of filing to counsel of record.

                                    s/Jason D. Parman
                                    Assistant United States Attorney